IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DORIS WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **5:19-cv-1035** |
| | § | Jury Trial Demanded |
| ALAMO COMMUNITY COLLEGE | § | |
| DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

NOW COMES Defendant Alamo Community College District ("Defendant"), and pursuant to 28 U.S.C. § 1441 and § 1446, files this Notice of Removal of the above-captioned cause to the United States District Court for the Western District of Texas, San Antonio Division, and in support respectfully shows the Court the following:

1.      On July 29, 2019, Defendant was served with Plaintiff's Original Petition, Jury Demand, and Request for Disclosure ("Original Petition"), styled *Doris Williams v. Alamo Community College District*, which was filed on July 2, 2019 in the 408th Judicial District Court of Bexar County, Texas and docketed as Cause No. 2019-CI-13186.  A true and correct copy of the Original Petition is attached as Exhibit A.  Plaintiff's Original Petition demands a trial by jury.

2.      Plaintiff's cause of action is one over which this Court has original jurisdiction by virtue of 29 U.S.C. §621 *et seq*., the Age Discrimination in Employment Act of 1967 ("ADEA"), and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(a), in that Plaintiff alleges that Defendant has violated her federal rights.  *See* Exhibit A, Plaintiff's Original Petition ¶¶ 11-14, 15(d).  Specifically, in her Petition, Plaintiff alleges that Defendant

- 1 -

engaged in "intentional age discrimination and reckless indifference to [her] state and federal protected rights." *Id*. at ¶ 15(d).

3.       In addition, Plaintiff filed her charge of discrimination dually with the Equal Employment Opportunity Commission ("EEOC") and the Texas Workforce Commission-Civil Rights Division.  Plaintiff failed to file suit in state court within 60 days of her receipt of the Notice of Right to Sue issued by the EEOC as required by the Texas Labor Code.  *See* Exhibit B, Notice of Right to Sue and Charge of Discrimination; TEX. LAB. CODE § 21.254.  As a result, Plaintiff's age discrimination claim under the Texas Labor Code is barred, leaving a claim under the ADEA as her only viable remedy.  Had Plaintiff filed her lawsuit specifically pleading the ADEA, Defendant would have the right to remove this case as the Court would have original jurisdiction.

4.       Venue is proper in this Court pursuant to 28 U.S. C. §§ 124(d)(4) and 1441(a) because the United States District Court for the Western District of Texas, San Antonio Division, embraces the County of Bexar, where the state court action is now pending.

5.       This Notice is timely filed pursuant to 28 U.S.C. § 1446 as it is being filed within 30 days of Defendant being served, which occurred on July 29, 2019.  *See* Exhibit C, Return of Service of Process.  A true and correct copy of Defendant's Original Answer is attached as Exhibit D.  No orders have been entered by the State Court.  *See* Exhibit E, Docket Sheet.  A true and correct copy of all process, pleadings, and docket sheet reflecting that no orders have been entered by the State Court are attached hereto.

6.       A true and correct copy of Defendant's Notice of Removal will be filed with the District Clerk for the District Court of Bexar County and served on all parties.

WHEREFORE, Defendant Alamo Community College District prays that the action now pending in the 288th Judicial District Court, Bexar County, Texas, as described herein be removed to the United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

*/s/ Mario A. Barrera*
    Mario A. Barrera
    State Bar No.  01805915
    mario.barrera@nortonrosefulbright.com
    Stephen J. Romero
    State Bar No.  24046756
    stephen.romero@nortonrosefulbright.com
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, TX  78205
Telephone:      (210) 224-5575
Facsimile:      (210) 270-7205

Counsel for Defendant
Alamo Community College District

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of August, 2019, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Alfonso Kennard, Jr.
Daniel J. Salas
Kennard Miller Hernandez PC
100 N.E. Loop 410, Suite 610
San Antonio, TX 78216

*/s/ Mario A. Barrera*
Mario A. Barrera

# EXHIBIT A

FILED
7/2/2019 2:21 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Victoria Angeles

CIT PPS - SAC 2

W/ JD

## CAUSE NO. __2019CI13186__

| | | |
|---|---|---|
| **DORIS WILLIAMS** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | <u>408th</u>   **JUDICIAL DISTRICT** |
| | § | |
| **ALAMO COMMUNITY COLLEGE** | § | |
| **DISTRICT** | § | |
| *Defendant.* | § | |
| | § | **BEXAR COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

   **NOW COMES**, DORIS WILLIAMS, hereinafter referred to as Plaintiff, complaining of and about ALAMO COMMUNITY COLLEGE DISTRICT or ("ACCD") , hereinafter referred to as Defendant, and for cause of action will show unto the Court as follows:

### I.
### PARTIES AND SERVICE

1.   Plaintiff, DORIS WILLIAMS, is a citizen of the United States and the State of Texas and resides in Live Oak, Bexar County, Texas.

2.   Defendant, ALAMO COMMUNITY COLLEGE DISTRICT or ("ACCD"), within the State of Texas and operating business in San Antonio, Bexar County, Texas.

3.   Defendant, ALAMO COMMUNITY COLLEGE DISTRICT or ("ACCD")., may be served with process via certified mail return receipt requested by serving its Registered Agent of Service: James A. Eskin, at 1819 N. Main Avenue, San Antonio, Texas 78212-3941 USA.

1

## II.
## JURISDICTION AND VENUE

4.  This Court has jurisdiction of this action, as this case arises under Ch. 21 of the Texas Labor Code and damages are within the jurisdiction of this court and will continue to increase as this case proceeds to trial. Moreover, venue is proper in Bexar County, Texas, pursuant to the Texas Civil Practice and Remedies Code §15.002, as all or a substantial part of the events or omissions giving rise to this claim occurred in this county.

## III.
## NATURE OF ACTION

5.  This is an action brought pursuant to Ch. 21 of the Texas Labor Code to correct and recover for Defendant's unlawful employment practices on the basis of Plaintiff's age (62).

## IV.
## CONDITIONS PRECEDENT

6.  All conditions precedent to jurisdiction have occurred with regard to exhaustion of administrative remedies.

## V.
## FACTS

7.  On or about August 21, 2017, Doris Williams began employment with ACCD. At present, she remains employed as an Adjunct Faculty Instructor. Ms. Williams is sixty-two (62) years of age with date of birth on                      .

8.  On or about December 13, 2017, Ms. Williams expressed her interest in the 2018 vacant full-time Psychology position, towards Thomas Billimek (Chair of Psychology Department) and Conrad Krueger (Dean of Arts and Sciences). In response on February 7, 2018, Dean Krueger clarified to Ms. Williams and Mr. Billimek that the full-time

2

psychology position will be opened so that all interested can apply. Notably, Mr. Billimek is the hiring manager and he provides a candidate recommendation to be voted for approval.

9.   After the selection process, on or about July 24, 2018, Ms. Williams discovered through e-mail correspondence that Dehila Walls (about twenty years younger) was selected to fill the position, despite Williams being the best qualified candidate.

10.   In the fall of 2018, Ms. Williams met with Mr. Billimek to discuss another open position in the Psychology department. As the conversation continued, the true reason for Williams' non-selection revealed itself as Mr. Billimek appeared upset and frustratedly said, "we need changes in this department…we are all aging and not young anymore." In response, Ms. Williams stated, "Speak for yourself, I am not old." Mr. Billimek then replied, "not that young."

## VI.
## AGE DISCRIMINATION
## UNDER CH. 21 OF TEXAS LABOR CODE

11.   Plaintiff incorporates by reference the allegations contained in paragraphs 1-10 as if fully rewritten herein.

12.   Defendant intentionally engaged in unlawful employment practices against Plaintiff on the basis of her AGE in violation of Section 21.051 of the Texas Labor Code.

13.   Defendant discriminated against Plaintiff in connection with the compensation, terms, conditions and privileges of employment or limited, segregated or classified Plaintiff in a manner that would deprive or tend to deprive her of an employment opportunity or

adversely affect her status because of Plaintiff's AGE in violation of Section 21.051 of the Texas Labor Code.

14.     Defendant discriminated against Plaintiff in the form of differential treatment with regard to the hiring of a full-time Professor of Psychology position by denying her the full-time position and related ageist remarks, and effectively replacing her with a considerably younger employee (about 20 years younger).


## IX.
## DAMAGES

15.     Plaintiff sustained the following damages as a result of the actions and/or omissions of Defendant described hereinabove:

a)     Compensatory damages (including emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-economic damages) allowed under the Texas Labor Code.

b)     Economic damages in the form of lost back pay and lost fringe benefits in the past for the full-time position. Economic damages, in the form of lost wages and fringe benefits of the full-time position that will, in reasonable probability, be sustained in the future.

c)     All reasonable and necessary costs in pursuit of this suit, including attorney's fees pursuant to the Texas Labor Code.

d)     Punitive damages for the intentional age discrimination and reckless indifference to the state and federal protected rights of Doris Williams.

4

16.     Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff hereby seeks monetary relief over $200,000 but not more than $1,000,000, including costs, expenses, pre- and post-judgment interests, and attorney's fees. Plaintiff further requests that the non-expedited rules apply in this case.

## X.
## JURY DEMAND

17.     Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## XI.
## REQUEST FOR DISCLOSURE

18.     Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose within fifty (50) days of the service of this request the information or material described in Texas Rule of Civil Procedure 194.2.

## XII.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, DORIS WILLIAMS, respectfully prays that Defendant, ALAMO COMMUNITY COLLEGE DISTRICT or ("ACCD"), be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court, together with interest as allowed by law, costs of court, and such other and further relief to which the Plaintiff may be justly entitled at law or in equity.

5

Respectfully Submitted,



Alfonso Kennard, Jr.
Texas Bar No. 24036888
Daniel J. Salas
Texas Bar No. 24102445
100 N.E. Loop 410, Suite 610
San Antonio, Texas 78216
Main: 210.314.5688
Fax: 210.314.5687
**ATTORNEYS FOR PLAINTIFF
DORIS WILLIAMS**

# EXHIBIT B

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | | |
|---|---|---|
| To: Doris K. Williams, PhD<br><br>San Antonio, TX 78244 | ~~From~~ **RECEIVED**<br><br>APR 1 5 2019<br><br>**Alamo Colleges District**<br>**Office of Legal Services** | **San Antonio Field Office**<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |

☐  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2018-02873 | Hector Colon-Padro,<br>Investigator | (210) 281-7644 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒  More than 180 days have passed since the filing of this charge.

☐  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Pamela D. Jay*

Enclosures(s)

For  **Travis G. Hicks,**
**Director**

4/13/2019
*(Date Mailed)*

cc:  **Roxella Cavazos**
**Associate General Counsel**
**ALAMO COLLEGES DISTRICT**
201 W. Sheridan
Bldg. C-8
San Antonio, TX 78204

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 451-2018-02873 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Dr. Doris K Williams | (210) 288-2464 | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| SAN ANTONIO COLLEGE | 501+ | (210) 486-1253 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 1819 North Main, SAN ANTONIO, TX 78212 | | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION ☐ OTHER (Specify) | Earliest 07-24-2018 Latest 07-24-2018 ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about July 24, 2018, I learned through e-mail correspondence that Dehila Walls, Race -White, Age - in her 30s, was selected for a full-time Psychology Professor position. This was a position that I applied and interviewed for. Even though I was the best qualified for the position; the above Respondent selected a less experienced applicant from another discipline (Student Development).

I believe I was discriminated against because of my Race-Black/African American and my age 62 in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Digitally signed by Doris Williams on 09-04-2018 04:03 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

# EXHIBIT C

CERTIFIED MAIL #70181830000085819557

**Case Number: 2019-CI-13186**

2019CI13186 S00002

**DORIS WILLIAMS**

**vs.**

**ALAMO COMMUNITY COLLEGE DISTRICT**

(Note: Attached document may contain additional litigants).

**CITATION**

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

**DIRECTED TO:**    ALAMO COMMUNITY COLLEGE DISTRICT

BY SERVING ITS REGISTERED AGENT, JAMES A ESKIN
1819 N MAIN AVE
SAN ANTONIO TX 78212

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said  CITATION with ORIGINAL PETITION  was filed on the  2nd day of July, 2019.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 24TH  DAY OF July  A.D., 2019.

DANIEL J SALAS
ATTORNEY FOR PLAINTIFF
100 NE LOOP 410 610
SAN ANTONIO, TX 78216

**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By : *Laura Castillo*, Deputy

---

DORIS WILLIAMS
vs
ALAMO COMMUNITY COLLEGE DISTRICT

**Officer's Return**

Case Number: 2019-CI-13186
Court:408th Judicial District Court

Came to hand on the 24th day of July 2019, A.D., at  1:37 o'clock P.M. and ~~EXECUTED~~(NOT EXECUTED) by CERTIFIED MAIL, on the ___89___ day of ___July___ 20_19_, by delivering to: ___Santos Huarte___ at 1819 N MAIN AVE SAN ANTONIO TX 78212 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION .

Cause of failure to execute this Citation is _____



**FILED**
12:19 O'CLOCK P M

JUL 30 2019

MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
BY _____ DEPUTY

**Mary Angie Garcia**
Clerk of the District Courts of
Bexar County, TX

By : *Laura Castillo*, Deputy

RETURN TO COURT (DK003)

**DOCUMENT   SCANNED   AS   FILED**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

ALAMO COMMUNITY COLLEGE DISTRICT
C/O JAMES A ESKIN
1819 N MAIN AVE
SAN ANTONIO, TX. 78212

2019C113186   7/24/2019   CTTCR LAURA CASTILLO

7018 1430 0000 8581 9557

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALANO COMMUNITY COLLEGE DISTRICT
C/O JAMES A ESKIN
1819 N MAIN AVE
SAN ANTONIO, TX  78212

2019(11)31BG   7/24/2019  CITCH  LBLWA CPSI(I.Ll)

9590 9402 4410 8248 2521 50

2. Article Number (Transfer from service label)

7018 1630 0000 8581 9557

PS Form 3811, July 2015 PSN 7530-02-000-9053   SCANNED AS FILED   Domestic Return Receipt

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Santos Huante   7/29/19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



USPS TRACKING #

9590 9402 4410 8248 2521 50

FILED
DISTRICT CLERK
BEXAR CO. TEXAS

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

2019 JUL 30 P 12: 19

DEPUTY

Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

# EXHIBIT D

FILED
8/14/2019 4:01 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Patricia Baskette

NO. 2019-CI-13186

| | | |
|---|---|---|
| DORIS WILLIAMS, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| ALAMO COMMUNITY COLLEGE | § | |
| DISTRICT, | § | |
| | § | |
| | § | |
| Defendant. | § | 408th JUDICIAL DISTRICT |

## DEFENDANT ALAMO COMMUNITY COLLEGE DISTRICT'S
## ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

NOW COMES Defendant Alamo Community College District ("ACCD" or "Defendant") and hereby files its Original Answer to Plaintiff's Original Petition. In support thereof, Defendant would show the Court as follows:

### I.    GENERAL DENIAL

Defendant generally denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition, or any amended or supplemented petitions, and demands that Plaintiff be required to prove all allegations by a preponderance of the evidence under the Constitution and laws of the State of Texas. Defendant reserves the right to amend or supplement its Answer and defenses as provided by the Texas Rules of Civil Procedure.

### II.    DEFENSES AND AFFIRMATIVE DEFENSES

Defendant pleads the following defenses and affirmative defenses, but does not assume the burden of proof except to the extent required on pure affirmative defenses:

1.    The Court lacks subject matter jurisdiction of Plaintiff's claims under Chapter 21 of the Texas Labor Code.

2.    Plaintiff's claims are barred by limitations and a failure to exhaust administrative remedies as Plaintiff did not file suit within 60 days from receiving the dismissal and notice of

74895341.1

right to sue from the Equal Employment Opportunity Commission ("EEOC").  Claims against governmental entities that are not timely filed are jurisdictionally barred.

3.      Plaintiff's claims are barred by limitations and the failure to exhaust administrative remedies to the extent that those claims are based on conduct that occurred more than 180 days prior to the filing of Plaintiff's September 4, 2018 charge of discrimination with the EEOC.

4.      All claims brought by Plaintiff in this lawsuit that are outside the scope and contents of Plaintiff's underlying charge of discrimination or outside the scope of any investigation by the EEOC or that were not asserted by Plaintiff or investigated by the EEOC are barred by limitations and the failure to exhaust administrative remedies.

5.      The reasons for Defendant's actions are legitimate and non-discriminatory, consistent with policies and business necessity, and based on reasonable factors other than age.

6.      At all times, Defendant acted in good faith.

7.      Defendant's actions with Plaintiff occurred without regard to her membership in any protected class or status.

8.      Plaintiff's claims for loss of wages, past and future, are barred because she has been and is still employed by Defendant and has not suffered any loss of wages or benefits.

9.      Plaintiff's alleged damages for mental anguish and emotional distress, if any, resulted in whole or in part from acts or events that are unrelated to Defendant's conduct or actions, if any.

10.      Plaintiff is barred from recovering punitive damages against Defendant pursuant to TEX. LAB. CODE § 21.2585(b).

11.     Defendant, as a governmental entity, is immune from any award of punitive and/or exemplary damages pursuant to TEX. CIV. PRAC. & REM. CODE § 101.024 and the 11th Amendment to the U.S. Constitution.

12.     Plaintiff's recovery of compensatory damages, if any, may not exceed the applicable cap provided in TEX. LAB. CODE § 21.2585.

13.     Plaintiff's claims for economic, compensatory, and other damages and relief are subject to all applicable statutory and constitutional caps and limitations, including, but not limited to, Chapter 41 of the Texas Civil Practice and Remedies Code.

14.     Plaintiff's claims are barred to the extent she has failed to satisfy all conditions precedent or statutory prerequisites required by applicable law.

15.     Defendant reserves the right to amend its Answer to assert additional defenses.

16.     Defendant reserves the right to seek attorneys' fees against Plaintiff as part of costs if Defendant is the prevailing party in this action.  *See* TEX. LAB. CODE §21.259.

WHEREFORE, Defendant Alamo Community College District prays that Plaintiff take nothing in this action and the Court enter a judgment in Defendant's favor, dismiss this case in its entirety with prejudice, tax costs against Plaintiff pursuant to TEX. R. CIV. P. 131 and award Defendant all other relief to which it may be justly entitled, including attorneys' fees pursuant to TEX. LAB. CODE § 21.259.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By: */s/ Mario A. Barrera*
    Mario A. Barrera
    Texas Bar No. 01805915
    mario.barrera@nortonrosefulbright.com
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone:(210) 224-5575
Facsimile: (210) 270-7205

Attorney for Defendant
Alamo Community College District

## CERTIFICATE OF SERVICE

This pleading has been served upon all counsel of record in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on August 14, 2019.

    Alfonso Kennard, Jr.
    Daniel J. Salas
    Kennard Miller Hernandez PC
    100 N.E. Loop 410, Suite 610
    San Antonio, Texas 78216

        */s/ Mario A. Barrera*
        Mario A. Barrera

# EXHIBIT E

## COUNTY CLERK & DISTRICT CLERK
## COURT RECORDS SEARCH

# Case #2019CI13186

**Name**: DORIS WILLIAMS

**Date Filed** : 7/2/2019

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 408

**Docket Type** : EMPLOYMENT-DISCRIMINATION

**Business Name** : 2019CI13186

**Style** : DORIS WILLIAMS

**Style (2)** : vs ALAMO COMMUNITY COLLEGE DISTRICT

# Case History

*Currently viewing all records*

| Sequence | Date Filed | Description |
|---|---|---|
| P00004 | 8/14/2019 | ORIGINAL ANSWER OF<br>ALAMO COMMUNITY COLLEGE DISTRICT |
| S00002 | 7/24/2019 | CITATION CERTIFIED MAIL<br>ALAMO COMMUNITY COLLEGE DISTRICT<br>ISSUED: 7/24/2019 RECEIVED: 7/24/2019<br>EXECUTED: 7/29/2019 RETURNED: 7/30/2019 |
| S00001 | 7/3/2019 | CITATION<br>ALAMO COMMUNITY COLLEGE DISTRICT<br>ISSUED: 7/3/2019 |
| P00003 | 7/2/2019 | PETITION |
| P00002 | 7/2/2019 | SERVICE ASSIGNED TO CLERK 2 |
| P00001 | 7/2/2019 | JURY FEE PAID |